**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **NO. 5:24-CR-00309-XR** |
| | § | |
| | § | |
| **CAMERON PETERSON,** | § | |
| | § | |
| **Defendant.** | § | |

### THE DEFENDANT'S UNOPPOSED MOTION TO CONTINUE

**TO THE HONORABLE UNITED STATES DISTRICT CHIEF JUDGE ALIA MOSES:**

Now comes CAMERON PETERSON, the defendant, by and through his attorney, Case J. Darwin, and makes this, the Defendant's Unopposed Motion to Continue (the "Motion"), and shows the following in support thereof:

1. The Government indicted the defendant for the offenses of **ATTEMPTING TO RECEIVE A FIREARM TO COMMIT A FELONY**; **MAKING FALSE, FICTITIOUS, OR MISREPRESENTED STATEMENT IN ATTEMPT TO PURCHASE A FIREARM**; and **POSSESSION OF AN UNREGISTERED FIREARM/EXPLOSIVE DEVICE**.

2. On October 30, 2024, per a plea agreement, the defendant pled guilty to the offense of **ATTEMPTING TO RECEIVE A FIREARM TO COMMIT A**

**FELONY**.

3.    On March 5, 2025, the defendant is set for sentencing.

4.    The defendant's attorney requests a continuance to March 19, 2025. The Government is unopposed and agrees with a reset to such date as well.  This attorney requests a continuance because, on the same date, this attorney is scheduled for three federal cases in Del Rio federal court with Judge David Counts and Matthew Watters.

5.    Such Motion is not sought merely for delay, but rather, for the ends of justice.

**WHEREFORE, PREMISES CONSIDERED**, the defendant prays that this Court grants the defendant's Motion and for such further relief in connection therewith that is proper.

Respectfully submitted,


LAW OFFICE OF CASE J. DARWIN, INC.
14400 Jones Maltsberger
San Antonio, TX 78247
Tel: (512) 738-6146
Fax: (210) 855-7334
casejdarwin@hotmail.com

By: /s/_____
    Case J. Darwin
    State Bar No. 24059649
    Attorney for the defendant

## CERTIFICATE OF SERVICE

This is to certify that, on this 27 day of February, 2025, a true and correct copy of the above and foregoing document was served on the United States Attorney's Office, Western District of Texas, by CM/ECF.

/s/_____
CASE J. DARWIN

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| **v.** | § | **NO. 5:24-CR-00309-XR** |
| | § | |
| | § | |
| **CAMERON PETERSON,** | § | |
| | § | |
| **Defendant.** | § | |

**O R D E R**

On this day, came on to be considered CAMERON PETERSON's Unopposed Motion to Continue (the "Motion"), and said Motion is hereby:

(  ) Granted

(  ) Denied

**SIGNED** and **ENTERED** this __ day of _____,
2025.

_____
U.S. DISTRICT JUDGE XAVIER RODRIGUEZ